**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00330-CR

### JONATHAN LEE SPRADLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-56093-Y**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 7, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 13, 2014 order requiring findings.

We **GRANT** the March 7, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE